# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN (Detroit)

| | |
|---|---|
| In re: | Case No. 22-44659-mlo |
| Eric D. Hughes and | Chapter 13 |
| Laura Johnson-Hughes | Hon. Maria L. Oxholm |
| Debtors. | |
| _____/ | |

## ORDER RESOLVING OBJECTION TO CHAPTER 13 PROOF OF CLAIM NO. 8 OF CITIMORTGAGE, INC.

NOW COMES CitiMortgage, Inc. ("Creditor"), by and through its attorneys Trott Law, P.C., and Eric D. Hughes and Laura Johnson-Hughes ("Debtors"), by and through their attorney, Berman & Bishop, PLLC, along with the Chapter 13 Trustee, Tammy L. Terry ("Trustee"), with respect to the property located at 45594 Bristol Cir., Novi, MI 48377-3888, having stipulated to an agreement to resolve Debtors' Objection to Chapter 13 Proof of Claim No. 8 of CitiMortgage, Inc. as follows:

**IT IS HEREBY ORDERED:**

1. The Proof of Claim of CitiMortgage, Inc., Claim No. 8, is allowed.
2. The total pre-petition arrearage owed to CitiMortgage, Inc. as of June 10, 22, is $134,979.41.
3. The total debt owed to CitiMortgage, Inc. as of June 10, 2022, is $365,007.36.
4. The account was de-escrowed on January 18, 2023.
5. As a result of the account no longer being escrowed, the Class 4.1 claim of CitiMortgage, Inc. consisting solely of principal and interest, shall be $1,265.08 per month, effective with the June 1, 2022, payment.

**Signed on February 27, 2023**



/s/ Maria L. Oxholm
_____
**Maria L. Oxholm**
**United States Bankruptcy Judge**